IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>　　　　　　Defendant. | 8:25-CV-399<br><br>ORDER |

　　　　The plaintiff, a non-prisoner, has filed an application to proceed in forma pauperis (filing 2). The plaintiff's application demonstrates that the plaintiff is eligible to proceed in forma pauperis.

　　　　IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis (filing 2) is granted, and the complaint shall be filed without payment of fees.

2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

　　　　Dated this 17th day of June, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge